IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| SHEDRICK WILLIAMS, #186 278, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 2:18-CV-376-WHA-SMD |
| | ) |
| DR. ELLIS (THE PRACTITIONER), et al., | ) |
| | ) |
| Defendants. | ) |

## **ORDER**

On February 3, 2021, the Magistrate Judge filed a Recommendation to which no timely objection has been filed. Doc. 30. There being no objection filed to the Recommendation, and after an independent review of the file, it is hereby ORDERED that:

1. The Recommendation of the Magistrate Judge (Doc. 30) is ADOPTED.

2. Plaintiff's claims against Defendant Wilson are DISMISSED without prejudice under Federal Rule of Civil Procedure 4(m), and for his failure to comply with the orders of the court and to prosecute this action against her.

The Clerk of the Court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure as to Defendant Wilson.

This case is not closed and is referred to the United States Magistrate Judge for further proceedings.

Done this 23rd day of February, 2021.

    /s/  W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE